# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# AT MARTINSBURG

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                                                    **CRIMINAL NO. 3:25CR24**

**JAMES RICHARDSON MITCHELL,**

    Defendant.

## PROPOSED VERDICT FORM

**VERDICT**
(Count One)

As to Count One, Aiding and Abetting False Statement During Purchase of Firearms, in violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2), we the jury find, unanimously, beyond a reasonable doubt, that the defendant, James Richardson Mitchell, is

GUILTY _____                    NOT GUILTY _____

1

**VERDICT**
(Count Four)

As to Count Four, Trafficking a Firearm, in violation of Title 18, United States Code, Section 933(a)(2), we the jury find, unanimously, beyond a reasonable doubt, that the defendant, James Richardson Mitchell, is

GUILTY _____          NOT GUILTY _____

**VERDICT**
(Count Five)

As to Count Five, Unlawful Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 922(a)(8), we the jury find, unanimously, beyond a reasonable doubt, that the defendant, James Richardson Mitchell, is

GUILTY _____          NOT GUILTY _____

DATED: _____

_____
Foreperson

Respectfully submitted,

JAMES RICHARDSON MITCHELL
By Counsel

By:   s/ *Nicholas J. Compton*
      Nicholas J. Compton
      Attorney for Defendant
      WV State Bar #11056
      Federal Public Defender Office
      B&H Bank Building
      651 Foxcroft Avenue, Suite 202
      Martinsburg, West Virginia 25401
      Tel. (304) 260-9421
      Fax. (304) 260-3716
      E-Mail. Nicholas_Compton@fd.org

## CERTIFICATION OF SERVICE

I hereby certify that on May 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Lara K. Omps-Botteicher, AUSA
>Office of the United States Attorney
>U.S. Courthouse
>217 W. King Street, Suite 400
>Martinsburg, WV 25401

By:   s/ *Nicholas J. Compton*
Nicholas J. Compton
Attorney for Defendant
WV State Bar # 11056
Federal Public Defender Office
B&H Bank Building
651 Foxcroft Avenue, Suite 202
Martinsburg, West Virginia 25401
Tel. (304) 260-9421
Fax. (304) 260-3716
E-Mail. Nicholas_Compton@fd.org